HENRY A. GARDINER et al., Appellants, *v.* THE BRONX NATIONAL BANK OF NEW YORK, Respondent.

*Gardiner* v. *Bronx Nat. Bank*, 158 App. Div. 288, affirmed.
(Argued October 19, 1915; decided November 16, 1915.)

APPEAL from a judgment, entered September 4, 1913, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiffs entered upon a verdict and directing a dismissal of the complaint in an action to recover upon an alleged contract of employment.   Plaintiffs were employed by an organization committee to assist in organizing the defendant bank, for which they were to be paid a fixed sum.   Thereafter at a meeting of the committee the following resolution was adopted: "Upon motion of Mr. Steurer, seconded by Mr. Reinhardt, the following motion was unanimously carried and ordered to be spread upon the minutes: '*Resolved*, that it is the sense of this Executive Board that it unanimously recommends to the Board of Directors of the Bank, when elected, that the further sum of $2,500 be awarded out of the surplus to H. A. Gardiner and W. B. Reed, Jr., toward reimbursing them for extra expenses incurred in the organization and publicity work done in the interest of this Bank.'"   The board of directors of the bank, when organized, disapproved the recommendation of the organizing committee and this action was brought to recover the sum mentioned.

*George B. Draper* for appellants.

*John Hall Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.